# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BEARD, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC. and TRIAD FINANCIAL CORPORATION,<br><br>Defendants. | Case No.: 1-11-CV-01815 LJO-BAM<br><br>**ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO INITIAL COMPLAINT**<br><br>[L.R. 144(a)] |

Plaintiff Charles Beard ("Plaintiff") and defendant Santander Consumer USA, Inc. successor-in-interest to Triad Financial Corporation ("Defendants") hereby submit, through the undersigned, the following Joint Stipulation To Extend Time to Answer or Otherwise Respond to Initial Complaint:

WHEREAS on October 31, 2011, Plaintiff filed his complaint in the above-titled action in the United States District Court Eastern District of California;

WHEREAS on November 18, 2011, Plaintiff served his complaint on Defendant;

WHEREAS Defendant's original responsive pleading deadline was December 9, 2011;

1

WHEREAS the parties previously agreed to extend Defendant's responsive pleading deadline by fourteen days to December 23, 2011;

WHEREAS, in light of the holidays and to allow Defendant additional time to further investigate the underlying facts of this putative class action complaint, the parties agree to further extend Defendant's responsive pleading deadline to January 12, 2012; AND

WHEREAS this change to Defendant's responsive pleading deadline will not alter the date of any event or any deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and Defendant through the undersigned, to extend Defendant's responsive pleading deadline to January 12, 2012.

IT IS SO ORDERED.

Dated:   **December 22, 2011**               /s/ **Barbara A. McAuliffe**

UNITED STATES MAGISTRATE JUDGE