Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Eric C. Schaffer (SBN 221883)
ecschaffer@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendant SANTANDER CONSUMER USA, INC. successor-in-interest to TRIAD FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHARLES BEARD, on behalf of himself and all those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SANTANDER CONSUMER USA, INC. and TRIAD FINANCIAL CORPORATION,<br><br>　　　　　　Defendants. | Case No.: 1-11-CV-01815 LJO-BAM<br><br>**JOINT STIPULATION AND ORDER TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO INITIAL COMPLAINT**<br><br>[L.R. 144(a)] |

Plaintiff Charles Beard ("Plaintiff") and defendant Santander Consumer USA, Inc. successor-in-interest to Triad Financial Corporation ("Defendants") hereby submit, through the undersigned, the following Joint Stipulation To Further Extend Time to Answer or Otherwise Respond to Initial Complaint:

WHEREAS on October 31, 2011, Plaintiff filed his complaint in the above-titled action in the United States District Court Eastern District of California;

WHEREAS on November 18, 2011, Plaintiff served his complaint on Defendant;

WHEREAS Defendant's original responsive pleading deadline was December 9, 2011;

WHEREAS the parties previously agreed to extend Defendant's responsive pleading deadline to January 12, 2012;

WHEREAS, to allow Defendant additional time to further investigate the underlying facts of this putative class action complaint, the parties agree to further extend Defendant's responsive pleading deadline by five days to January 17, 2012; AND

WHEREAS this change to Defendant's responsive pleading deadline will not alter the date of any event or any deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and Defendant through the undersigned, to extend Defendant's responsive pleading deadline to January 17, 2012.

DATED:  January 11, 2012.

LEMBERG & ASSOCIATES, LLC


By   */s/ Sergei Lemberg*
    Sergei Lemberg
    Tammy Hussin
    Attorneys for Plaintiff, CHARLES BEARD

– 1 –
Joint Stipulation and Order to Further Extend Time to Answer or
Otherwise Respond to Initial Complaint

1   DATED: January 11, 2012.

2                                     REED SMITH LLP

4       By     /s/ Eric C. Schaffer
                Felicia Y. Yu
5               Eric C. Schaffer
                Attorneys for Defendant, SANTANDER
6               CONSUMER USA, INC. successor-in-interest to TRIAD FINANCIAL
                CORPORATION

8   IT IS SO ORDERED.

9   Dated:   January 12, 2012            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE