Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Charles Beard

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Charles Beard, *on behalf of himself and all those similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Santander Consumer USA, Inc. and Triad Financial Corporation,<br><br>　　　　　　　　Defendants. | Case No.: 1:11-cv-01815-LJO -BAM<br><br>**STIPULATION AND ORDER CONTINUING MOTION HEARING AND INITIAL SCHEDULING CONFERENCE**<br><br>**Hon. Barbara A. McAuliffe** |

　　Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to continue the motion hearing scheduled for February 24, 2012 and to

extend the deadlines for Plaintiff to file an Opposition to Defendants' Motion to Compel Individual Arbitration and to Stay Action ("Defendants' Motion") and for Defendants to file their Reply thereto, and further stipulate to continue the Initial Scheduling Conference scheduled for February 27, 2012.  In support, the parties state as follows:

1.  Plaintiff alleges that Defendants violated the Servicemembers Civil Relief Act ("SCRA"), 50 App. U.S.C. § 532, *et seq*., and state law through the wrongful repossession of his vehicle.

2.  On January 17, 2012, Defendants filed a Motion to Compel Individual Arbitration and to Stay Action. *See* Docket No. 18.

3.  Plaintiff requested, and Defendants agreed, to continue the hearing date on Defendants' Motion due to a scheduling conflict with another case.

4.  This extension of time will neither prejudice any party nor unreasonably delay the litigation.  Neither party has previously requested an extension of time regarding Defendants' Motion.

5.  The parties therefore stipulate that Plaintiff shall have until February 24, 2012 to file an opposition to Defendants' Motion and that Defendants shall have until March 9, 2012 to file a reply thereto.  The parties further stipulate that the hearing scheduled for February 24, 2012 is continued to March 16, 2012.

6. Finally, the parties stipulate and request that, in light of the continued hearing date on Defendants' Motion and as a matter of efficiency, the Court continue the Initial Scheduling Conference currently scheduled for February 27, 2012 until some date after March 16, 2012 that is convenient for the Court.

DATED: February 2, 2012

/s/ Tammy Hussin
Tammy Hussin
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
203-653-2250 Ext. 101
Fax: 203-653-3424
Email: thussin@lemberglaw.com

/s/ Sergei Lemberg
Sergei Lemberg , PHV
Lemberg & Associates, LLC
1100 Summer Street
3rd Floor
Stamford, CT 06905
203-653-2250 Ext. 101
Fax: 203-653-3424
Email: slemberg@lemberglaw.com

/s/ Eric C. Schaffer
Eric C. Schaffer
Reed Smith LLP (Los Angeles)
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8000 Ext. 8006
Fax: 213-457-8080
Email: ecschaffer@reedsmith.com

## **ORDER**

Based on the Stipulation of counsel, and for good cause appearing therefor, it is ordered that Plaintiff shall have until February 24, 2012 to file an opposition to Defendants' Motion to Compel Individual Arbitration and to Stay Action and that Defendants shall have until March 9, 2012 to reply thereto.

It is further ordered that the February 24, 2012 motion hearing is continued to March 16, 2012.

It is further ordered that the February 27, 2012 Initial Scheduling Conference is continued to April 10, 2012 at 9:00am in Department 8.

IT IS SO ORDERED.

Dated:   **February 3, 2012**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE