UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Charles Beard, *on behalf of himself and all those similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> Santander Consumer USA, Inc. and Triad Financial Corporation, <br><br> Defendants. | Case No.: 11-cv-1815-LJO-BAM <br><br> **ORDER ON JOINT MOTION TO CONFIRM ARBITRATOR'S AWARD AND FOR ENTRY OF JUDGMENT** |

The Parties' Joint Motion to Confirm Arbitrator's Award and for Entry of Judgment having been filed and good cause having been shown, it is hereby ORDERED that the Arbitrator's Award is confirmed and judgment is entered in this case as follows:

1. Defendants shall jointly and severally pay to Plaintiff the sum of $6,500.00, plus attorney's fees and costs of $2,000.00, for a total award of $8,500.00. Defendants must pay this award to Plaintiff by May 25, 2013.

2. Plaintiff's claims regarding emotional distress, punitive damages, wrongful repossession, and interest are denied.

**3.** The administrative fees of the American Arbitration Association totaling $1,275.00, and the compensation of the Arbitrator totaling $250.00, shall be borne entirely by Defendants.

**4.** The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **May 17, 2013**       /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1